**Motion Granted; Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00502-CV
_____

**DONALD KILPATRICK, INDIVIDUALLY AND AS ASSIGNEE OF CAUSES OF ACTION OF JEREMY DICKS, Appellants**

**V.**

**ERIC L. ESTES, ADRIANA POTOCZNIAK, ET AL AND DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5 ASSET-BACKED CERTIFICATES SERIES 2006-OPT5, HOMEWARD RESIDENTIAL, INC F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.,** Appellees

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-31821A**

---

## ORDER

Appellant Donald Kilpatrick petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-

31420. When this court received notice of appellant's bankruptcy filing, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On July 6, 2018, appellees filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3. Attached to the motion is a true copy of the bankruptcy court's order closing the bankruptcy case.

The motion is granted. Accordingly, the case is ordered reinstated and placed on the court's active docket.

Appellant's brief is due to be filed with the clerk of this court on or before August 20, 2018.

PER CURIAM